# EXHIBIT A

45175421 v1

Silvan Wernick
SL G Constable
801-567-1818
5/23/25

## Magistrate Court of Henry County

One Judicial Center, Suite 260, McDonough, GA 30253

Statement of Claim

JACKSON- FELDER, DEVON
735 CITY PARK DR
MCDONOUGH GA 30252-1028
(708) 673-5228

2025-403CC

file number

Plaintiff (s)

VS

ACIMA CREDIT, LLC
13907 S MINUTEMAN DR
DRAPER UT 84020-9869

Defendant (s)

Military Personnel:

**CONSUMER PROTECTION CLAIM SEEKING $10,000 IN STATUTORY DAMAGES**

Plaintiff says the Defendant is indebted to the plaintiff as follows:
PLAINTIFF DEVON JACKSON-FELDER (PRO SE) BRINGS THIS ACTION AGAINST ACIMA CREDIT, LLC FOR WILLFUL VIOLATIONS OF CONSUMER PROTECTION LAWS. ACIMA FALSELY REPORTED A LATE PAYMENT TO ALL THREE CREDIT BUREAUS WITHOUT PROVIDING THE REQUIRED NOTICE UNDER FCRA 15 U.S.C. §1681S-2(A)(7). WHEN DISPUTED, THEY FAILED TO CONDUCT A PROPER INVESTIGATION AS REQUIRED BY §1681S-2(B). THEIR ACTIONS INCLUDED BACKDATING THE DELINQUENCY DATE, CONSTITUTING DECEPTIVE PRACTICES UNDER GEORGIA FBPA O.C.G.A. §10-1-393. THESE FALSE REPORTS DAMAGED PLAINTIFF'S CREDIT STANDING, RESULTING IN CREDIT DENIALS AND HIGHER INTREST RATES. THE PLAINTIFF SEEKS $10,00 IN TOTAL DAMAGES, INCLUDING $2,000 FOR FCRA VIOLATIONS, $5,000 FOR GEORGIA FBPA VIOLATIONS AND $3,000 FOR DEFAMATION AND $113 FOR COURT COST.

The claim is in the following amounts:

Principal:       $10,000.00
Interest:        $0.00
Attorney Fees:   $0.00
Court Cost:      $113.00

**State of Georgia , Henry County**

The plaintiff being duly sworn on oath, says the foregoing is a just and true statement of the plaintiff and claim made by the plaintiff against defendant, exclusive of all set-offs and just grounds of defense.

Filed this       Tuesday, May 20, 2025

JACKSON- FELDER, DEVON

Sworn to and subscribed before me

Plaintiff /Agent or Attorney

DEVON JACKSON- FELDER

This 05/20/2025
_Leonardo da Silveira Moutinho_

Notary Public or Attesting Officer

LEONARDO DA SILVEIRA MOUTINHO
Notary Public - State of Florida
Commission # HH######
Expires on April 20, ####

NOTICE AND SUMMONS

**To THE DEFENDANT:**

You are hereby notified that the Plaintiff has made and filed a claim against you for the reason aforesaid.

**YOU ARE REQUIRED TO FILE OR PRESENT AN ANSWER TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. IF YOU DO NOT ANSWER, JUDGMENT BY DEFAULT WILL BE ENTERED AGAINST YOU. YOUR ANSWER MAY BE FILED IN WRITING OR MAY BE GIVEN ORALLY DURING OFFICE HOURS.**

The Court will hold a hearing upon this claim at a time to be set after your answer is filed. If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them with you at the time of the hearing. If you wish to have witnesses summoned, see the court at once for assistance. If you have any claim against the plaintiff, you should notify the Court at once. If you admit the claim, but desire additional time to pay, you must come to the hearing in person and state the circumstances to the Court. You may come with or without an attorney.

Filed this _____

_____
Magistrate/Clerk/Deputy Clerk of Henry County.

| | |
|---|---|
| Civil Action<br>No: **2025-5025CC** | **HENRY COUNTY MAGISTRATE COURT**<br>ONE JUDICIAL CENTER SUITE 260, MCDONOUGH, GA 30253<br>(770) 288-7700 |

**Attorney or Plaintiff's Name & Address:**
JACKSON- FELDER, DEVON
735 CITY PARK DR
MCDONOUGH GA 30252 1028
HOME: (708) 673-5228

JACKSON- FELDER, DEVON
735 CITY PARK DR
MCDONOUGH GA 30252 1028
HOME: (708) 673-5228
Plaintiff

VS

**Name and Address of Party to be Served:**
ACIMA CREDIT, LLC
13907 S MINUTEMAN DR
DRAPER UT 84020 9869

ACIMA CREDIT, LLC
13907 S MINUTEMAN DR
DRAPER UT 84020 9869
Defendant

*[FILED stamp: JUN 02 2025]*

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIUS**
☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County. Delivered same into hands of _____ described as follows: age, about ____ years; weight, about ____ pounds; height, about ____ feet and ____ inches, domiciled at the residence of the defendant.

**CORPORATION**
☐ Served the defendant _____, a corporation by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
☐ I have this day served the above affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class, in an envelope properly addressed to the defendant(s) to answer said summons at the place stated in the summons.

**DILIGENT**
☒ Diligent search made and defendant _Acima Credit LLC_ not to be found in the jurisdiction of this Court. _Address not in County_
The defendant is required to appear before the Court for a hearing on the ____ day of _____, 20___ at the hour and place stated in the summons.

This Notice and Summons was served on _5/31/25_.

It must be answered on or before _____, 20___, during regular Court hours in the Magistrate Court at the top of this notice.

_Benny 7419_
Deputy Sheriff